**UNITED STATES DISTRICT COURT**  **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: 5/1/08           CASE NUMBER: 08-15704M-SD

USA vs. William Villanueva-Mendieta

**CLOSED**

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Ricardo Gonzalez
                                          LANGUAGE  Spanish

Attorney for Defendant Lorna Spencer (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY
DOA___
☐ Financial Afdvt taken          ☐ Initial Appearance         ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                   ☐ Defendant Sworn            ☐ Financial Afdvt sealed
                                 ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                   in Defendant's true name.

| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk  ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| --- | --- |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Waiver of Venue<br>☒ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of the complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT                                           MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/29/08            CASE NUMBER:  08-15704M-SD

USA vs. William Villanueva-Mendieta

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____        INTERPRETER  Ricardo Gonzalez
                                            LANGUAGE  Spanish
Attorney for Defendant  Lorna Spencer (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY
DOA  4/28/08            ☒  Initial Appearance            ☒  Appointment of counsel hearing held
☐ Financial Afdvt taken ☒  Defendant Sworn               ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐  Defendant states true name to be ___. Further proceedings ORDERED
                           in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Waiver of Venue<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Defense has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY:  Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

4/28

UNITED STATES OF AMERICA
V.
William VILLANUEVA-Mendieta
Citizen of Mexico
YOB: 1978
077318606
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15704M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about April 20, 2007, near Tecate, California in the Southern District of California, Defendant William VILLANUEVA-Mendieta, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 29, 2008                                       at                           Yuma, Arizona
Date                                                                              City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                            Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:                William VILLANUEVA-Mendieta

Dependents:               2 USC

**IMMIGRATION HISTORY:**    The Defendant is an illegal alien. The Defendant has been apprehended five times by the U.S. Border Patrol.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 01/03/99 | Carson, CA | Grand Theft:Money/Labor | None Listed |
| 06/09/00 | Los Angeles, CA | Possess Narcs Contrlld Subs | None Listed |
| 01/13/01 | El Monte, CA | Drive W/O License, False Info to Peace Officers | None Listed |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Blythe Border Patrol agents near Ehrenburg, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Blythe station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Tecate, California on April 20, 2007.

Charges:     8 USC§1325                        (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___April 29, 2008_____
Date

_____
Signature of Judicial Officer